IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELECTRONIC CONTROLS, INC.,                          PLAINTIFF,

VS.                                        CIVIL ACTION NO. 4:07CV46-P-B

AMTEL SECURITY SYSTEMS, INC.,                    DEFENDANT.

## ORDER

These matters come before the court upon Plaintiff's Motion for Entry of Default Judgment Against Defendant Amtel Security Systems, Inc. [12] and the U.S. Magistrate Judge's Report and Recommendation [23] regarding same. After due consideration of the motion and the Report and Recommendation, the court finds as follows, to-wit:

Pursuant to the U.S. Magistrate's December 10, 2007 Report and Recommendation, the plaintiff had until December 24, 2007 to file any objections thereto. No objections were filed, nor did the plaintiff otherwise contact the court for additional time to do so. In any event, the court agrees with the Report and Recommendation on its merits.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The court adopts the U.S. Magistrate Judge's Report and Recommendation [23] that the Plaintiff's Motion for Entry of Default Judgment Against Defendant Amtel Security Systems, Inc. [12] should be denied; therefore,

(2) Plaintiff's Motion for Entry of Default Judgment Against Defendant Amtel Security Systems, Inc. [12] is **DENIED**.

**SO ORDERED** this the 28th day of December, A.D., 2007.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE