**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ELECTRONIC CONTROLS, INC.**                                                                                    **PLAINTIFF**

**VS.**                                                                                               **NO. 4:07cv46-WAP-EMB**

**AMTEL SECURITY SYSTEMS, INC., ET AL.,**                                                  **DEFENDANTS**

<u>**ORDER SANCTIONING DEFENDANT**</u>

A case management conference was scheduled in the above referenced case for July 14, 2008, in the chambers of the undersigned magistrate judge in Greenville, Mississippi. All parties, including the representative for the corporate defendant, Amtel Security Systems, Inc., were duly notified of said setting by Notice [doc. 32] filed June 10, 2008. Nonetheless, no representative for the defendant appeared for the conference.

By Order dated July 14, 2008, defendant was required to show cause why this Court should not enter sanctions against it for its failure to attend the conference. In response to that Order, defendant essentially states that its new attorney did not know that a conference had been set and that the parties are now attempting to determine the amount of fees and expenses incurred by plaintiff.

Defendant has failed to state sufficient cause for its failure to have a representative present for a duly noticed court setting. Accordingly, as a sanction, defendant shall be required to pay plaintiff's attorney fees and expenses.

**THEREFORE, IT IS ORDERED:**

1. That within five (5) days of this date, counsel for plaintiff shall file an itemization and affidavit of fees and expenses incurred in relation to the case management conference and submit a proposed order approving and awarding the same.

2. That within five (5) days of the filing of counsel's itemization and affidavit, defendant may file a response.

**SO ORDERED** this 29th day of July, 2008.

                                                  **/s/ David A. Sanders**
                                                  **U. S. MAGISTRATE JUDGE**