IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELECTRONIC CONTROLS, INC.                                                      PLAINTIFF

VS.                                                                     NO. 4:07cv46-WAP-DAS

AMTEL SECURITY SYSTEMS, INC., ET AL.,                                     DEFENDANTS

## ORDER

Before the court is the plaintiff's motion for extensions of the discovery and motions deadlines. For good cause shown and the court having found that the requested extensions will not affect the trial setting, the motion is hereby **GRANTED**. Accordingly, the parties shall have until May 8, 2009, to conduct discovery and until May 27, 2009, to file all motions except motions in limine.

SO ORDERED this 7th day of April, 2009.

                                                            /s/ David A. Sanders
                                                             U. S. MAGISTRATE JUDGE