IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ELECTRONIC CONTROLS, INC.,** **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 4:07CV46-P-B**

**AMTEL SECURITY SYSTEMS, INC.,** **DEFENDANT.**

**ORDER**

This matter comes before the court upon Plaintiff Electronic Controls, Inc.'s motion for summary judgment [91]. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

The plaintiff has not demonstrated that there is no genuine issue of material fact warranting summary judgment. Genuine issues of material fact include: (1) whether ECI consulted with Amtel before the former purchased the subject components or whether ECI simply ordered the components from Amtel's catalog on its own without consultation; (2) whether Amtel's technicians identified more problems with the system than the absence of shielded wires; (3) whether Amtel's technicians were allowed sufficient access and time to inspect the system; and (4) what effect the construction of the hospital, Doorguard's products, Amtel's products, and ECI's installation had on the system failure.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Electronic Controls, Inc.'s motion for summary judgment [91] is **DENIED**.

**SO ORDERED** this the 9th day of September, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE