**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ELECTRONIC CONTROLS, INC.**                                         **PLAINTIFF**

**VS.**                                                          **NO. 4:07cv46-WAP-EMB**

**AMTEL SECURITY SYSTEMS, INC., ET AL.,**                      **DEFENDANTS**

## AMENDED ORDER

Before the court is a motion for leave to proceed *pro se* or for additional time to secure counsel (# 128) filed by James Smith on behalf of Plaintiff Electronic Controls, Inc. Smith is the President of Electronic Controls, Inc., and seeks to proceed in this action on behalf of the corporation without counsel.

Although 28 U.S.C. § 1654 authorizes individuals to appear in federal courts *pro se*, the statute is silent regarding corporations. The lack of authorization in § 1654 has been interpreted as barring corporations from appearing in federal court without an attorney. *Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 202 (1993). Accordingly, on or before April 18, 2011, licensed counsel must enter an appearance in this case on behalf of Electronic Controls, Inc. or this case will be dismissed without prejudice. The pretrial conference currently scheduled for April 18, 2011 is hereby cancelled and will be reset by separate notice.

SO ORDERED this 6th day of April, 2011.

                                                     /s/David A. Sanders
                                                   **U. S. MAGISTRATE JUDGE**